SCOTT J. SAGARIA (BAR # 217981)
SAGARIA LAW, P.C.
333 WEST SAN CARLOS ST, STE 1700
SAN JOSE, CA 95113
408-279-2288
408-279-2299 fax

Attorney for Debtor(s),

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| In Re: | Case No. 09-57204 RLE |
|---|---|
| MICHAEL JOHN BARROW AND ROSE MARY BARROW, | Chapter 13 |
| Debtor(s). | **PRE-HEARING STATEMENT**<br><br>Date: December 10, 2009<br>Time: 2:00 pm<br>Room: 3099<br>Place: 280 South First Street<br>San Jose, CA |

     Debtor(s), MICHAEL JOHN BARROW AND ROSE MARY BARROW, through their Attorney of Record, Scott J. Sagaria, respectfully submit their Pre-Hearing Statement:

    1. As to the Trustee's Objection No. 1: Debtor's attorney emailed the Trustee the debtor's 2008 tax return on November 19, 2009.

    2. As to the Trustee's Objection No. 2: Debtor's attorney filed an amended SCMI on November 11, 2009.

    3. As to the Trustee's Objection No. 3: Debtor's attorney filed an Amended Plan on November 10, 2009 and served all parties on November 13, 2009.

PRE-HEARING STATEMENT

4. Debtor(s), MICHAEL JOHN BARROW AND ROSE MARY BARROW prays this court enter an Order Confirming ch. 13 plan on the above hearing date.

Dated: November 19, 2009              /s/ Scott J. Sagaria
                                      Scott J. Sagaria, Esq.
                                      Attorney for Debtor(s)