DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

BARROW, MICHAEL JOHN

BARROW, ROSE MARY

Debtor(s)

Chapter 13
Case No. 09-57204 RLE

SECOND AMENDED TRUSTEE'S
OBJECTION TO CONFIRMATION WITH
CERTIFICATE OF SERVICE

Pre-Hearing Conference Date: DECEMBER 10, 2009
Pre-Hearing Conference Time: 2:00 PM
Place: 280 S. 1st Street
       San Jose, CA Room 3099
Judge: EFREMSKY

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 23% Plan for the following reasons:

1. The debtors have failed to comply with 11 U.S.C. § 521 (e)(2)(A)(i) and (B). The debtors have provided the Trustee with a copy of the debtors' 2008 Federal Income Tax Return; however, all Statements and Schedules have been omitted. A complete copy of the return must be provided.

Dated: November 23, 2009

/S/ Devin Derham-Burk
_____
Chapter 13 Trustee

1

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on November 23, 2009.

Said envelopes were addressed as follows:

| MICHAEL & ROSE BARROW<br>5560 PACHECO PASS HIGHWAY<br>GILROY, CA  95020 | SAGARIA LAW, PC.<br>333 W SAN CARLOS ST, STE 1625<br>SAN JOSE, CA  95110 |
|---|---|

/S/   Jeni Thielmann
Office of Devin Derham-Burk, Trustee